**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **MATTHEW JONES, YSIDRO RENTERIA, WILLIAM L. JONES CARR,** *Plaintiffs,* | § | |
| **v.** | § | **P:22-CV-00030-DC** |
| **AMBER M. KING, CHRIS H. BUSSE, BRANDON W. JONES,** *Defendants.* | § | |

**FINAL JUDGMENT**

On this date, the Court considered the Defendants' Motion to Lift Administrative Closure and Enter Final Judgment (Doc. 35). Having considered the motion, the mandate of the United States Court of Appeals for the Fifth Circuit (Doc. 34) and the pleadings and papers on file, the Court now enters this order of final judgment.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bears its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

It is so **ORDERED**.

SIGNED this 30th day of October, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE