**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **MATTHEW JONES,**<br>**YSIDRO RENTERIA, and**<br>**WILLIAM L. JONES CARR,**<br><br>*Plaintiffs*,<br><br>**v.**<br><br>**AMBER M. KING,**<br>**CHRIS H. BUSSE, and**<br>**BRANDON W. JONES,**<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 4:22-CV-30-DC-DF** |

**NOTICE OF APPEAL BY PLAINTIFFS-APPELLEES MATTHEW JONES, YSIDRO RENTERIA, AND WILLIAM L. JONES CARR**

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Appellate Procedure 4(a)(1), Plaintiffs Matthew Jones, Ysidro Renteria, and William L. Jones Carr hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (ECF No. 37) of the United States District Court for the Western District of Texas. This appeal encompasses all orders of the district court, including the previously appealed November 4, 2023 order (ECF No. 29).

Dated: November 28, 2025

Respectfully submitted,

By: */s/ Hayley Ellison*

Jason M. Davis
State Bar No. 00793592
E-mail: *jdavis@dslawpc.com*
Caroline Newman Small
State Bar No. 24056037
E-mail: *csmall@dslawpc.com*
Hayley Ellison
State Bar No. 24074175
E-mail: *hellison@dslawpc.com*
**DAVIS & SANTOS, PLLC**
719 S. Flores Street
San Antonio, Texas 78204
Tel.: (210) 853-5882
Fax: (210) 200-8395

***Counsel for Plaintiff Matthew Jones***

John T. Wolf
State Bar No. 24098629
Email: *john@wolfstallings.com*
**WOLF & STALLINGS PLLC**
310 W. Wall Street, Suite 816
Midland, Texas 79701
Tel.: (432) 848-3148
Fax: (432) 848-3149

***Counsel for Plaintiff William L. Jones Carr***

J. Stephen Hunnicutt
State Bar No. 10279510
Email: *steve@hunnicutlaw.com*
**THE HUNNICUTT LAW GROUP**
17330 Preston Road, Suite 275-B
Dallas, Texas 75252
Tel.: (214) 361-6740
Fax: (214) 691-5099

and

Trent Graham
State Bar No. 24084307
Email: *trentgrahamlaw@gmail.com*
**LAW OFFICE OF TRENT GRAHAM, PLLC**
110 W. 5th Street
Pecos, Texas 79772
Tel: (432) 445-2127

***Counsel for Plaintiff Ysidro Renteria***

## Certificate of Service

I certify that on November 28, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ Hayley Ellison*________________
Hayley Ellison